UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOVENSON ALLEN MOSE,

    Plaintiff,

v.                                  Case No. 3:18cv493-LC-CJK

J. JONES, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 23, 2018 (doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has stated that he has no objections to the Report and Recommendation (doc 14).

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Plaintiff's Eighth Amendment claim against defendants Jones and Bryant is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) due to plaintiff's failure to state a claim on which relief may be granted.

3.      This matter is referred to the assigned Magistrate Judge for further proceedings on plaintiff's Eighth Amendment claim against defendants Demontmollin and Nelson.

4.      Plaintiff is ordered to submit two service copies of the amended complaint (doc. 13) within **30 days** from the date of this order.  The service copies must be identical to each other and to the amended complaint filed with the court. This case number should be written on the copies.

**DONE AND ORDERED** this 10th day of December, 2018.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**