IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOVENSON ALLEN MOSE,

    Plaintiff,

v.   Case No. 3:18cv493-LC/HTC

DEMONTMOLLIN,

    Defendant.

_____/

# ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 9, 2020 (ECF No. 58). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 58) is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment (ECF Doc. 56) is DENIED in part and GRANTED in part, as set forth in the Report and Recommendation (ECF Doc. 58).

**DONE AND ORDERED** this 27th day of May, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**