UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LOVENSON ALLEN MOSE,**

    **Petitioner,**

v.                                       Case No. 3:18cv493/MCR/HTC

**DEMONTMOLLIN,**

    **Respondent.**

_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated September 1, 2020. ECF No. 78. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. On de novo review, the Court has determined that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis. Therefore, the Court finds that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED:**

1.     The Magistrate Judge's Report and Recommendation, ECF No. 78, is adopted and incorporated by reference in this order.

2. Defendant's Motion to Withdraw Demand for Jury Trial and Strike Plaintiff's Demand, ECF No 76, is **GRANTED**.

**DONE AND ORDERED** this 1st day of October, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**